# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 952-127**

Effective date of registration:

October 4, 2007

## Title

**Title of Work:** Custom Home Design

**Nature of Work:** Architectural Drawings

## Completion/Publication

**Year of Completion:** 2006

## Author

- **Author:** DLB Custom Homes, Inc.

  **Author Created:** Architectural work

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** DLB Custom Homes, Inc.

7585 E. Redfield Road, Ste. 206, Scottsdale, AZ, 85260

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** David Scott Gingras, Esq.

**Date:** October 1, 2007

IPN#: ▮▮
\* \*

Registration #: ▮▮▮▮▮▮▮▮▮▮
\*VAU000952127\*

Service Request #: 1-13484179

Jaburg & Wilk, P.C.
David S. Gingras, Esq.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012